THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Robert D. Schilling, Appellant.
 
 
 

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court Judge

Unpublished Opinion No. 2004-UP-375
 Submitted April 21, 2004  Filed June 17, 2004

APPEAL DISMISSED

 
 
 
 
 Chief Appellate Defender Daniel T. Stacey, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 and Solicitor Warren B. Giese, all of Columbia; for Respondent.
 
 
 

PER CURIAM:  Robert D. Schilling pled guilty to bank fraud 
 and forgery and was sentenced to three years imprisonment on both charges, the 
 sentences to run concurrently.  Additionally, Schilling pled guilty to violation 
 of his probation for unrelated charges, and the circuit court revoked three 
 years of his probation and terminated it, the three years of revoked probation 
 to run concurrently with the previous sentences.  Pursuant to Anders v. California, 
 386 U.S. 738 (1967), Schillings counsel attached a petition to be relieved.  
 Schilling did not file a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Schillings appeal and grant counsels 
 petition to be relieved.
APPEAL DISMISSED. [1] 
GOOLSBY, HOWARD, and BEATTY, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.